# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID H. PEASE, III**, and **LISA PEASE**, | : CIVIL ACTION NO. 4:10-CV-843 |
| | : |
| | : **(Judge Conner)** |
| **Plaintiffs** | : |
| | : |
| v. | : |
| | : |
| **LYCOMING ENGINES**, | : |
| | : |
| **Defendant** | : |

## <u>O R D E R</u>

AND NOW, this 7th day of February, 2012, upon consideration of Defendant Lycoming Engines' unopposed motion for relief as to damages discovery (Doc. 172), it is hereby ORDERED that:

1. Defendant Lycoming Engines' motion (Doc. 172) is GRANTED.

2. Lycoming Engines is hereby afforded the following relief:

    (a) Leave to take a supplemental deposition of plaintiff, David H. Pease, III, limited to his medical condition and employment status since July 9, 2008, within thirty days of receipt of the last of the supplemental records subject to this Order.

    (b) Leave to serve requests for updated income tax returns (2008, 2009, 2010 and 2011) for the Peases and any of their businesses, within fifteen days of the date hereof.

    (c) Leave to serve requests for updated medical records for David H. Pease, III, within fifteen days of the date hereof.

    (d) Leave to take the deposition(s) of Mr. Pease's treating physicians, within forty-five days of receipt of the updated medical records.  The depositions of other treating physicians Plaintiffs desire to take may be taken within the same forty-five day time frame.

    (e)    Leave to take the deposition of David H. Pease, IV, at a date and time to be determined based upon his school schedule.

    (f)    Leave to serve requests for records regarding the business structure of Peasedoors.com, Pease Enterprises, and Brisker, within fifteen days of the date hereof.

    (g)    Leave to identify damages and/or economic experts within forty-five days of the completion of the document and deposition discovery schedule set forth herein.

3. Lycoming Engines may petition the Court for additional discovery, if necessary.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge