# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID H. PEASE, III**, and **LISA PEASE**, | : CIVIL ACTION NO. 4:10-CV-843 |
| | : |
| | : (Judge Conner) |
| Plaintiffs | : |
| | : |
| v. | : |
| | : |
| **LYCOMING ENGINES**, | : |
| | : |
| Defendant | : |

## MEMORANDUM

Presently before the court is Defendant Lycoming Engines' motion to amend order pursuant to 28 U.S.C. § 1292(b) (Doc. 163). The matter has been fully briefed and is ripe for disposition.

Title 28 of the United States Code, Section 1292(b) provides as follows:

> (b) When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order. The Court of Appeals which would have jurisdiction of an appeal of such action may thereupon, in its discretion, permit an appeal to be taken from such order, if application is made to it within ten days after the entry of the order. *Provided, however,* That application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.

The court has carefully reviewed the arguments of the parties and concludes that an immediate appeal will not materially advance the ultimate termination of the litigation.  To the contrary, the court observes that the vast majority of pre-trial work has been completed and that the trial of this matter can be accomplished with dispatch, subject to standard scheduling issues.  Although the instant case has been on the court' docket for approximately two years, and before the undersigned for approximately sixteen months, it involves an aviation accident that occurred nearly seven years ago.

Given the age of the claim and the extensive pretrial preparation of the parties, the Court will decline to amend it order of December 19, 2011.  This matter will be placed on the September trial list.

An appropriate order follows.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Dated:        April 27, 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID H. PEASE, III, and LISA PEASE,** : | CIVIL ACTION NO. 4:10-CV-843 |
| : | **(Judge Conner)** |
| **Plaintiffs** : | |
| v. : | |
| **LYCOMING ENGINES,** : | |
| **Defendant** : | |

## O R D E R

AND NOW, this 27th day of April, 2012, Defendant Lycoming Engines' motion to amend order pursuant to 28 U.S.C. § 1292(b) (Doc. 163) is DENIED. This matter shall be placed on the September trial list. Plaintiffs' motion for a scheduling conference (Doc. 181) is DENIED as moot.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge